# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BEATRICE GIRDLER<br>705 50TH STREET SE<br>AUBURN, WA 98092<br><br>and<br><br>RONALD GIRDLER<br>705 50TH STREET SE<br>AUBURN, WA 98092<br><br>　　　　Plaintiffs,<br>　v.<br><br>UNITED STATES OF AMERICA<br><br>Serve:<br>　The Honorable Eric Holder<br>　Attorney General of the United States<br>　950 Pennsylvania Avenue, NW,<br>　Washington, DC 20530<br><br>　The Honorable Ronald C. Machen, Jr.<br>　United States Attorney for the<br>　District of Columbia<br>　501 Third Street NW<br>　Washington, DC 20001<br><br>　　　　Defendant. | **FILED**<br>OCT 2 6 2010<br>Clerk, U.S. District & Bankruptcy<br>Courts for the District of Columbia<br><br><br>Civil Action No.:<br><br>Case: 1:10-cv-01807<br>Assigned To : Leon, Richard J.<br>Assign. Date : 10/26/2010<br>Description: PI/Malpractice |

## COMPLAINT
### (Federal Tort Claims/Negligence)

1.　　The jurisdiction of the Court is invoked pursuant to Title 28, U.S.C. §1336(b), 1402 (b) and 2671, *et. seq.*, whereby jurisdiction is granted to persons sustaining injuries in the District of Columbia caused by a negligent act or omission of the United State government.

2. Pursuant to the Federal Tort Claims Act, Title 28, U.S.C. §2675, plaintiffs Beatrice and Ronald Girdler submitted a timely Standard Form 95 (Claim for Damage, Injury or Death) to the United States Department of Justice and the Smithsonian Institution (hereafter sometimes "Smithsonian") concerning an occurrence on October 3, 2008. Defendant denied Plaintiffs' claims on July 26, 2010.

3. Smithsonian is a federal agency within the purview of the Federal Tort Claims Act ("FTCA"), and the actions of its employees may be attributed to defendant Unites States for the purposes of invoking the jurisdiction under the FTCA.

## COUNT I
(Negligence)

4. That at all times relevant to this complaint, Defendant Smithsonian and the United States government owned, operated, controlled and maintained dominion and control over the public sidewalk adjacent the National Air and Space Museum on the North side of the 400 block of Independence Avenue SW Washington, D.C.

5. That at all times relevant to this complaint, Defendant Smithsonian and the United States government owed a duty to inspect and maintain said sidewalk in a safe condition, to remedy any defects and/or conditions that could foreseeably cause injury to pedestrians using it.

6. That at all times relevant to this complaint, Defendant Smithsonian and the United States government owed a duty to warn of any unsafe conditions and to prevent exposing pedestrians to the risk of injury from defects or conditions in said sidewalk which could be discovered and remedied.

7. For an unreasonably lengthy period before October 3, 2008, Defendant

Smithsonian and the United States government breached the duty it owed to properly inspect, discover defects, to properly maintain said sidewalk, and to remedy defective conditions and to warn of the presence of defects that were known or discoverable using reasonable care.

8. Defendant United States, through Smithsonian, had a number of duties it owed to the plaintiff, including but not limited to, a duty to: (a) refrain from creating hazardous conditions on the premises, (b) inspect the premises to discover any unreasonable dangerous conditions it may have created and correct any such dangerous conditions it created, (c) otherwise ensure that no unreasonable risk of injury would be posed to invitees, pedestrians, visitors or others as a result of these conditions and (d) obey all the safety rules, regulations and laws in effect in the District of Columbia.

9. That the defendant United States, through Smithsonian, breached the aforesaid duties by failing to properly maintain and repair the aforesaid sidewalk.

10. Defendant United States, through Smithsonian, and its employees, agents or servants, knew, or through the exercise of reasonable diligence, should have known, that the public sidewalk in question created an unreasonably dangerous and defective condition, and that the defendant should have corrected such unreasonably dangerous and defective condition. Further, plaintiff alleges that the defendant had actual and/or constructive notice of this unreasonably dangerous and defective condition.

11. As a result of the breach of its duty by Defendant Smithsonian and the United States government aforesaid, on October 3, 2008 Plaintiff Beatrice Girdler was caused to fall on said sidewalk and suffer injury.

12. At all times relevant to this complaint. Plaintiff Beatrice Girdler acted with reasonable care and did not contribute to the happening of the occurrence.

13. As a direct and proximate result of the negligence of the defendant, plaintiff Beatrice Girdler sustained personal injuries to her mind, body and nervous system, all of which are permanent in nature and she has in the past and will continue in the future to incur medical expenses in the care and treatment of her injuries as aforesaid and she has further in the past and will continue in the future to lose time form gainful employment, all as a result of the negligence of the defendant.

## COUNT II
### (Loss of Consortium)

14. The facts and allegations in the preceding paragraphs are hereby incorporated by reference.

15. As a proximate result of the aforementioned serious and painful injuries suffered by Plaintiff Beatrice Girdler, there have been and will be in the future damages and injury to the marital relationship of the Plaintiffs Beatrice and Ronald Girdler, and each of them has lost, and will lose, the society, affection, companionship, services and consortium of the other.

WHEREFORE, Plaintiffs Beatrice and Ronald Girdler bring this action individually and as husband and wife and demand judgment against Defendant United States and Smithsonian Institution, in the amount of **Two Million Dollars ($2,000,000.00)** in compensatory damages plus costs of this action, interest, and reasonable attorney's fees.

CHARLES C. PARSONS & ASSOCIATES, CHTRD.

*[signature]* ✓

Charles C. Parsons, #49254
128 C St. N.W.
Washington, D.C. 20001
(202) 638-3375
cparsons@cparsonslaw.com

*[signature]*

Charles Krikawa, IV #271981
128 C St. N.W.
Washington, D.C. 20001
(202) 638-3375
ckrikawa@cparsonslaw.com

## JURY DEMAND

The Plaintiff demands trial by jury on all issues herein.

*[signature]*

Charles C. Parsons