# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BEATRICE GIRDLER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Civil Action No. 10-1807 (BAH)<br>Judge Beryl A. Howell |

## ORDER

Upon consideration of all of the evidence before the Court, including documents admitted and factual and expert testimony presented at a bench trial, and the parties' proposed findings of fact and conclusions of law submitted after the bench trial, the Court concludes that the plaintiffs have failed to sustain their burden of proof and that judgment must be entered for the defendant. Accordingly, it is hereby

**ORDERED** that, for the reasons explained in the accompanying Memorandum Opinion, judgment be entered for the defendant.

**SO ORDERED**.

**DATED:  February 12, 2013**

*This is a final, appealable Order*.

_____
BERYL A. HOWELL
United States District Judge