AO 450 (Rev. 01/09; DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| BEATRICE GIRDLER, et al. <br> *Plaintiff* <br> v. <br> UNITED STATES OF AMERICA <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 10-1807 (BAH) <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ **other**: Upon consideration of all of the evidence before the Court, including documents admitted and factual and expert testimony presented at a bench trial, and the parties' proposed findings of fact and conclusions of law submitted after the bench trial, the Court concludes that the plaintiffs have failed to sustain their burden of proof and that judgment must be entered for the defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☑ tried by Judge BERYL A. HOWELL without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: 02/13/2013

ANGELA D. CAESAR, CLERK OF COURT

/s/ Teresa Gumiel
*Signature of Clerk or Deputy Clerk*